## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | 3:09-md-02100-DRH |
| (DROSPIRENONE) MARKETING, SALES | ) |  |
| PRACTICES AND PRODUCTS LIABILITY | ) | MDL No. 2100 |
| LITIGATION | ) |  |

**This Document Relates To:**

| | |
|---|---|
| *Rosalynda Epley, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10373-DRH |
| *Judith Green v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13449-DRH |
| *Geneva Harris v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11696-DRH |
| *Fallon Lynch v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11037-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on May 16, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT


BY:  _/s/Caitlin Fischer_
Deputy Clerk

Digitally signed by
David R. Herndon
Date: 2014.05.21
10:56:12 -05'00'

APPROVED:
CHIEF JUDGE
U. S. DISTRICT COURT